# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PAULA WALES<br>*Plaintiff*<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:16-CV-3224-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on motions for Summary Judgment (ECF Nos. 15 and 16)

Date: September 19, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen